UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 94-00543-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFREDO GONZALEZ,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S PETITION FOR WRIT OF ERROR OR WRIT OF AUDITA QUERELA

THIS CAUSE comes before the Court upon Defendant's Petition for Writ of Error or Writ of Audita Querela (D.E. #237), filed April 30, 2009.

The undersigned concludes that this Petition should be denied. This case is closed and has no other motions or petitions that are currently pending. If the Defendant desires to further pursue this Petition, he should re-file such as a new case because the instant action is not the proper forum to do so. Previously, the Defendant filed a similar petition (D.E. #234) and such was denied for similar reasons. *See* D.E. #235.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is ORDERED, ADJUDGED, and DECREED that Defendant's Petition for Writ of Error or Writ of Audita Querela (**D.E. #237**) be, and the same is hereby,

1

**DENIED.**

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 26th day of May, 2009.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **Counsel for Plaintiff**

**William C. Healy**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132

**Counsel for Defendant**

**Alfredo Gonzalez**
#38241-004
Federal Correctional Institute
Unit F
PO Box 779800
Miami, FL 33177
PRO SE